IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs.                                               )<br>                                                      )   CRIMINAL NO.: 4:11-cr-270-TLW<br>MEGAN NICHOLE HANSON      )<br>MOSTELLER                                )<br>_____ ) | |

## ORDER

Within fifteen (15) days after the filing date of this Order, the defendant is directed to submit a memorandum of law setting forth the relevant facts and law with respect to the motion for <u>Jackson v. Denno</u>, 378 U.S. 368 (1964), hearing (Doc. # 29) she previously filed. The Government's response shall be due fifteen (15) days after the defendant files her memorandum of law.

    **IT IS SO ORDERED.**

 

s/Terry L. Wooten
TERRY L. WOOTEN
United States District Judge

July 7, 2011

Florence, South Carolina